HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIEL L. NORMAN,<br><br>                    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. C07-5210 RBL<br>No. CR90-1079RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon the filing of a Notice of Appearance by William Michelman, Esq.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Court will note the petition for a writ of habeas corpus for June 1, 2007. If counsel wishes to file any additional briefing on behalf of the petitioner, he shall do so on or before May 31, 2007. The government, at this time, is not required to file any responsive brief to the original petition. If counsel's briefing raises issues that require a response, the Court will re-note the petition and request the government to file an answer.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 9th day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE