AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

DANIEL L. NORMAN,

    v.

CASE NUMBER:   C07-5210RBL

UNITED STATES OF AMERICA                         CR90-1079(JET)RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion pursuant to 28 U.S.C. §1651 is DISMISSED.

*DATED :*   *7/2/2007*

                                             BRUCE  RIFKIN
                                 *Clerk*

                                             /s/   Jean Boring
                                 *(By) Deputy Clerk*, Jean Boring